**CV15    5274 EDL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICARDA CARIAS,

      Plaintiff,

    v.

LIFELONG MEDICAL CARE, et al.,

      Defendants.

Case No.  15-cv-04305-EDL

**ORDER SEVERING DEFENDANT UNITED STATES OF AMERICA AND GRANTING MOTION TO DISMISS**

Re: Dkt. No. 7

On October 27, 2015, Defendants Lifelong Medical Care and Wendy White Peterson filed a motion to dismiss. On October 28, 2015, Plaintiff filed a notice of non-opposition to the motion. All Parties except Defendant United States of America have filed a consent to magistrate judge jurisdiction. Accordingly, Defendant United States of America is severed from this case. The clerk's office is instructed to open a new case entitled Ricarda Carias v. United States of America. The filing fee for the new case is waived. The clerk's office shall copy the docket from the above-captioned case into the new case. The new case shall be related to the above-captioned case. Defendants' motion to dismiss is granted and Plaintiff's claims against Defendants Lifelong Medical Care and Wendy White Peterson are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 17, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge

United States District Court
Northern District of California